Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Shahnaz Zarif

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shahnaz Zarif**, an individual, | Case No. 18-cv-1958-CAB-KSC |
| Plaintiff, | |
| v. | **Notice of Settlement** |
| **R.M. Galicia, Inc. d/b/a Progressive Management Systems,** a corporation, | Hon. Cathy Ann Bencivengo |
| Defendant. | |

Plaintiff Shahnaz Zarif ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant R.M. Galicia, Inc. d/b/a Progressive Management Systems ("R.M. Galicia") by and through their counsel have reached an agreement to settle all claims pending in the present litigation.

Plaintiff and R.M. Galicia are in the process of finalizing the terms of the settlement. The parties anticipate dismissing this action in its entirety with prejudice within the next 30 days.

Respectfully submitted,

Dated:     October 1, 2018.          Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff

## Certificate of Service

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     I, the undersigned, declare that I am over the age of 18 years, and not a party to this action.  I am employed in the County of San Diego, California.  My business address is 9845 Erma Road, Suite 300, San Diego, California 92131.  On the same day as this Certificate was executed, I electronically served copies of the attached documents:

     **Notice of Settlement**

via email and First Class U.S. Mail on:

     Martha A. Gutierrez
     Law Office of Martha A. Gutierrez.
     1515 West Cameron Avenue, Suite 110
     West Covina, CA 91790
     marthgutierrez@gmail.com

     Attorneys for Defendant


     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this, the 1st day of October, 2018, at San Diego, California.

                  */s/ Roberto Robledo*
                  Roberto Robledo
                  Law Offices of Roberto Robledo
                  9845 Erma Road, Suite 300
                  San Diego, CA 92131
                  (619) 500-6683

                  Attorneys for Plaintiffs